Frederick W. Alworth, Esq.
Joshua R. Elias, Esq.
Cymetra M. Williams, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Tel:  (973) 596-4500
Fax:  (973) 596-0545

*Attorneys for Defendant*
*Stewart Title Guaranty Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WBL SPE II, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>STEWART TITLE GUARANTY COMPANY; WORLD WIDE LAND TRANSFER, INC.;  ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),<br><br>      Defendants. | Civil Action No.: _____<br><br>*Document Electronically Filed*<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)** |

   Pursuant to Local Civil Rule 10.1(a), attached hereto as Exhibit A is a Service list that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

DATED:  September 21, 2018    By:  <u>s/Frederick W. Alworth</u>
                      Frederick W. Alworth
                      **GIBBONS P.C.**
                      One Gateway Center
                      Newark, New Jersey  07102-5310
                      Tel:  (973) 596-4500
                      Fax:  (973) 596-0545
                      falworth@gibbonslaw.com

                      *Attorneys for Defendant*
                      *Stewart Title Guaranty Company*

<u>**Exhibit A**</u>

**WBL SPE, LLC v. STEWART TITLE GUARANTY COMPANY, et al.**

Civil Action No.:_____

<u>**SERVICE LIST**</u>

| <u>**Plaintiff**</u> | <u>**Defendant**</u> |
|---|---|
| WBL SPE III, LLC | STEWART TITLE GUARANTY COMPANY |

| <u>**Counsel**</u> | <u>**Counsel**</u> |
|---|---|
| Christian McOmber, Esq.<br>**McOMBER & McOMBER, PC**<br>54 Shrewsbury Avenue<br>Red Bank, New Jersey 07701<br>Tel: (732) 842-6500<br>Fax: (732) 530-8545<br>cvm@njlegal.com | Frederick W. Alworth, Esq.<br>Joshua R. Elias, Esq.<br>Cymetra M. Williams, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545<br>falworth@gibbonslaw.com<br>jelias@gibbonslaw.com<br>cwilliams@gibbonslaw.com |

<u>**Defendant**</u>

WORLD WIDE LAND TRANSFER, INC.

<u>**Counsel**</u>

Howard B. Mankoff, Esq.
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
425 Eagle Rock Avenue, Suite 302
Roseland, New Jersey 07068
Tel: (973) 618-4100
Fax: (973) 618-0685
hbmankoff@mdwcg.com